**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Eastern District of New York | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JNL Funding Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**11-3654941** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4792 Hempstead Tpke**<br>**Farmingdale, NY**<br>ZIP Code **11735** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."<br>■ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ■ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **JNL Funding Corp.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). **X** _____ Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**JNL Funding Corp.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Anthony F. Giuliano**
Signature of Attorney for Debtor(s)

**Anthony F. Giuliano**
Printed Name of Attorney for Debtor(s)

**Pryor & Mandelup, L.L.P.**
Firm Name

**675 Old Country Road**
**Westbury, NY 11590**

Address

**516-997-0999  Fax: 516-333-7333**
Telephone Number

**May 14, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph G. Forgione**
Signature of Authorized Individual

**Joseph G. Forgione**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**May 14, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of New York

In re  **JNL Funding Corp.**                          Case No.
                          Debtor(s)                   Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A. Madison<br>268 Harbor Lane North<br>Massapequa Park, NY 11762 | A. Madison<br>268 Harbor Lane North<br>Massapequa Park, NY 11762 | Investor | Contingent | 500,000.00 |
| An Schmid<br>3450 South Hill Road<br>Jamaica, VT 05343 | An Schmid<br>3450 South Hill Road<br>Jamaica, VT 05343 | Investor | Contingent | 450,000.00 |
| Ar Schmid<br>7 Cutter Circle<br>Riverbend<br>Bluffton, SC 29910 | Ar Schmid<br>7 Cutter Circle<br>Riverbend<br>Bluffton, SC 29910 | Investor | Contingent | 240,000.00 |
| B. Griggs<br>18 N. Pershing Avenue<br>Bethpage, NY 11714 | B. Griggs<br>18 N. Pershing Avenue<br>Bethpage, NY 11714 | Investor | Contingent | 524,000.00 |
| C. Caripides<br>2229 Widner Terrace<br>West Palm Beach, FL 33414 | C. Caripides<br>2229 Widner Terrace<br>West Palm Beach, FL 33414 | Investor | Contingent | 723,702.00 |
| D. Kerber<br>11 Woodmont Road<br>Melville, NY 11747 | D. Kerber<br>11 Woodmont Road<br>Melville, NY 11747 | Investor | Contingent | 675,000.00 |
| Gary Dalto<br>854 Birchwood Road<br>Medford, NY 11763 | Gary Dalto<br>854 Birchwood Road<br>Medford, NY 11763 | Investor | Contingent | 1,000,000.00 |
| Global Diversified LLC<br>4792 Hempstead Tpke.<br>Farmingdale, NY 11735 | Global Diversified LLC<br>4792 Hempstead Tpke.<br>Farmingdale, NY 11735 | Loan | | 4,200,000.00 |
| J E Weigel<br>101 Thornwood Road<br>Massapequa Park, NY 11762 | J E Weigel<br>101 Thornwood Road<br>Massapequa Park, NY 11762 | Investor | Contingent | 420,000.00 |
| J E Weigel<br>101 Thornwood Road<br>Massapequa Park, NY 11762 | J E Weigel<br>101 Thornwood Road<br>Massapequa Park, NY 11762 | Investor | Contingent | 410,000.00 |
| Joan Schmid<br>7 Cutter Circle<br>Charlottesville, VA 22910 | Joan Schmid<br>7 Cutter Circle<br>Charlottesville, VA 22910 | Investor | Contingent | 300,000.00 |
| K. Weigel<br>101 Thornwood Road<br>Massapequa Park, NY 11762 | K. Weigel<br>101 Thornwood Road<br>Massapequa Park, NY 11762 | Investor | Contingent | 335,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **JNL Funding Corp.**                                                                 Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| M. Lavender<br>8 Carman Hill Road<br>Massapequa, NY 11758 | M. Lavender<br>8 Carman Hill Road<br>Massapequa, NY 11758 | Investor | Contingent | 300,000.00 |
| M. Morrone<br>52 Manors Drive<br>Jericho, NY 11753 | M. Morrone<br>52 Manors Drive<br>Jericho, NY 11753 | Investor | Contingent | 300,000.00 |
| M. Wagner Trust<br>7 Trimblestone Lane<br>Hilton Head Island, SC 29928 | M. Wagner Trust<br>7 Trimblestone Lane<br>Hilton Head Island, SC 29928 | Investor | Contingent | 577,000.00 |
| M. Wagner Trust2<br>7 Trimblestone Lane<br>Hilton Head Island, SC 29928 | M. Wagner Trust2<br>7 Trimblestone Lane<br>Hilton Head Island, SC 29928 | Investor | Contingent | 270,000.00 |
| R. Johnson<br>1519 Grundy Avenue<br>Holbrook, NY 11741 | R. Johnson<br>1519 Grundy Avenue<br>Holbrook, NY 11741 | Investor | Contingent | 750,000.00 |
| R. Wagner, Pension A<br>7 Trimblestone Lane<br>Hilton Head Island, SC 29928 | R. Wagner, Pension A<br>7 Trimblestone Lane<br>Hilton Head Island, SC 29928 | Investor | Contingent | 505,000.00 |
| S & C LoCascio<br>1519 Grundy Avenue<br>Holbrook, NY 11741 | S & C LoCascio<br>1519 Grundy Avenue<br>Holbrook, NY 11741 | Investor | Contingent | 250,000.00 |
| W. Perman<br>7239 West Atlantic Avenue<br>Delray Beach, FL 33446 | W. Perman<br>7239 West Atlantic Avenue<br>Delray Beach, FL 33446 | Investor | Contingent | 2,000,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 14, 2010**                    Signature **/s/ Joseph G. Forgione**
                                                    **Joseph G. Forgione**
                                                    **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

A. Disanti  
P O Box 1321  
Melville, NY 11747

A. Kamp  
P O Box 1321  
Melville, NY 11747

A. Madison  
268 Harbor Lane North  
Massapequa Park, NY 11762

An Schmid  
3450 South Hill Road  
Jamaica, VT 05343

Ar Schmid  
7 Cutter Circle  
Riverbend  
Bluffton, SC 29910

Arthue Schmid  
7 Cutter Circle  
Charlottesville, VA 22910

Avi's Cleaning Services  
51 Lincoln Road  
Plainview, NY 11803

B. Griggs  
18 N. Pershing Avenue  
Bethpage, NY 11714

C. Caripides  
2229 Widner Terrace  
West Palm Beach, FL 33414

C. LoCascio  
336 Sylvan Lane  
Westbury, NY 11590

C. Puleo  
20 Joseph Place  
Nesconset, NY 11767

Centron Financial Corp
c/o ADN Insurance Managers
1 Poston Road
Suite 155
Charleston, SC 29407


D. Kerber
11 Woodmont Road
Melville, NY 11747


D. Schmid
1616 Buhman Avenue
Napa, CA 94558


Daniel Perman
129 East Neck Road
Huntington, NY 11743


E. Berger
23 Sterling Lane
Smithtown, NY 11787


Ed Levine
2 Sansun Lane
Saint James, NY 11780


F. LoCascio
510 Roslyn Road
Williston Park, NY 11596


F. Morrone
P O Box 100
Bethpage, NY 11714


F. Schmitt
12 Burlington Avenue
Melville, NY 11747


G. Bonanno
c/o Bonanno Realty
1068 N. Broadway
Massapequa, NY 11758

G. DiSanto
15 Bagatelle Road
Huntington Station, NY 11746

Gargano/Ranaudo
9919 Steuben Valley Road
Holland Patent, NY 13354

Gary Dalto
854 Birchwood Road
Medford, NY 11763

Geraldine Vouzzo
6751 Spanish Lake Blvd.
Fort Pierce, FL 34951

Global Diversified LLC
4792 Hempstead Tpke.
Farmingdale, NY 11735

Greg Puttick
218 Maple Street
Massapequa Park, NY 11762

Helen Lopedote
20 Montana Street
Hicksville, NY 11801

J E Weigel
101 Thornwood Road
Massapequa Park, NY 11762

J. Fournier
2102 Wentworth Court
Wilmington, NC 28403

J. Okeefe
106-38 95th Street
Ozone Park, NY 11417

J. Terrell-Davia
2 Equity Court
Mount Sinai, NY 11766

Jaguar Financial Group  
P O Box 78074  
Phoenix, AZ 85062-8074  

Joan Schmid  
7 Cutter Circle  
Charlottesville, VA 22910  

John Weigel Trust  
101 Thornwood Road  
Massapequa Park, NY 11762  

Joseph G. Forgione  
2 Skylark Road  
Massapequa Park, NY 11762  

Joseph Gerard Capital Corp.  
4792 Hempstead Turnpike  
Farmingdale, NY 11735  

K. Weigel  
101 Thornwood Road  
Massapequa Park, NY 11762  

Kathryn Finnidi  
309 Dolphin Lane  
West Babylon, NY 11704  

Kathy Walsh  
74 Wall Street  
Farmingdale, NY 11735  

Kristina Weigel, Trust2  
101 Thornwood Road  
Massapequa Park, NY 11762  

L. S. Giovi  
102 Southberry Lane  
Levittown, NY 11756  

Linda Schlackman  
67-78 150th Street  
Flushing, NY 11367

M. Blindbury
29 Lancaster Avenue
Smithtown, NY 11787


M. Depaula
91-05 153rd Avenue
Howard Beach, NY 11414


M. Lavender
8 Carman Hill Road
Massapequa, NY 11758


M. Morrone
52 Manors Drive
Jericho, NY 11753


M. Wagner
7 Trimblestone Lane
Hilton Head Island, SC 29928


M. Wagner Trust
7 Trimblestone Lane
Hilton Head Island, SC 29928


M. Wagner Trust2
7 Trimblestone Lane
Hilton Head Island, SC 29928


M. Zaransky
190 Marcellus Road
Mineola, NY 11501


Network Chiro Simerman
180 E. Prospect Ave
#171
Mamaroneck, NY 10543


P. Bonanno
2569 Aron Drive
Seaford, NY 11783


Pitney Bowes Global Financial Services
P O Box 856460
Louisville, KY 40285-6460

Pitney Bowes Global Financial Services L
PO Box 856460
Louisville, KY 40285-6460

R-Otto Wagner
7 Trimblestone Lane
Hilton Head Island, SC 29928

R. DePalma
1 Teaneck Road
Ridgefield Park, NJ 07660

R. Johnson
1519 Grundy Avenue
Holbrook, NY 11741

R. Scibelli
93 Burns Avenue
Hicksville, NY 11801

R. Somma
351 E. 61 Street
9A
New York, NY 10021

R. Wagner Trust
7 Trimblestone Lane
Hilton Head Island, SC 29928

R. Wagner, Pension A
7 Trimblestone Lane
Hilton Head Island, SC 29928

R. Wagner, Penson A
7 Trimblestone Lane
Hilton Head Island, SC 29928

Regina E. Perman Trust
129 East Neck Road
Huntington, NY 11743

Roger Lewis
438 Columbia Avenue
Baldwin, NY 11510

Rudy Depalma
1 Teaneck Road
Ridgefield Park, NJ 07660


S & C LoCascio
1519 Grundy Avenue
Holbrook, NY 11741


S. Tuchler
135 Post Avenue
Apt. 4C
Westbury, NY 11590


Sean Perman
129 East Neck Road
Huntington, NY 11743


T. Christian
c/o Donna Kenealy
330 Claire wood Court
Wilmington, NC 28411


T. Mayette
8 Timber Ridge
Huntington, NY 11743


Textron Financial Corp.
40 Westminster Street
Providence, RI 02903


V. Depaula
105-42 87 Street
Ozone Park, NY 11417


W. Perman
7239 West Atlantic Avenue
Delray Beach, FL 33446


W. Schmitt
39 Bainbridge
Melville, NY 11747